■ HARDWARE MUTUAL CASUALTY COMPANY, Appellant, v. SOUTH NASSAU COMMUNITIES HOSPITAL, Respondent, et al., Defendants.— Action pursuant to section 29 of the Workmen's Compensation Law by an insurance carrier, paying benefits to an employee of its insured, to recover damages for personal injuries of the employee alleged to have been sustained as the result of negligence and malpractice. The appeal is (1) from an order dismissing the complaint as against respondent for failure to prosecute, and (2) from the judgment entered thereon. Issue was joined December 17, 1953 and the motion to dismiss was made 51 months after such joinder of issue. Order and judgment unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Beldock, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ HARDWARE MUTUAL CASUALTY COMPANY, Appellant, v. SOUTH NASSAU COMMUNITIES HOSPITAL et al., Defendants, and ALEXANDER ZABIN, Respondent. — Action pursuant to section 29 of the Workmen's Compensation Law by an insurance carrier, paying benefits to an employee of its insured, to recover damages for personal injuries of the employee alleged to have been sustained as the result of negligence and malpractice. The appeal is (1) from an order entered January 23, 1958 dismissing the complaint as against respondent for failure to prosecute, (2) from so much of a resettled order entered August 28, 1958 as on rehearing the motion to dismiss the complaint denied a motion to vacate the order and the judgment entered on said order, and (3) from said judgment. Issue was joined November 2, 1953 and the motion to dismiss was made more than 49 months after such joinder of issue. Order entered January 23, 1958, resettled order entered August 28, 1958 insofar as appealed from, and judgment unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Beldock, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ In the Matter of ROBERT S. ANTHONY, Appellant, against JULIAN LIBERMAN et al., Constituting the Zoning Board of Appeals of the Town of Greenburgh, et al., Respondents.— In a proceeding pursuant to article 78 of the Civil Practice Act to review a determination of a Zoning Board of Appeals which granted a special permit to enable the maintenance of a clubhouse, a swimming pool, and other facilities, the appeal is from an order denying the application and dismissing the petition. Order unanimously affirmed, with costs. No opinion. Present — Beldock, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ. [13 Misc 2d 335.]

■ In the Matter of JAMES L. DERBY, an Incompetent Person. GWEN-DOLYN C. DERBY, Appellant; ROGER A. DERBY, JR., as Committee of the Person and Property of JAMES L. DERBY, an Incompetent Person, Respondent.— Appeal by the wife of the incompetent from an order which amended and modified a prior order so as to reduce her allowance from the incompetent's estate for her support and maintenance from $600 monthly, tax-free, to $350 monthly, tax-free. Order affirmed, without costs. No opinion. Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ., concur.